AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Sarah Padilla ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14-cv-02556-RBJ-CBS |
| ACS Recovery, Inc and Matthew Class ) | |
| *Defendant* ) | |

16-MC-6

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __10/16/2015__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __12/11/2015__

CLERK OF COURT

s/ s phillips
*Signature of Clerk or Deputy*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02556-RBJ-CBS

SARAH PADILLA,

    Plaintiff,

v.

ACS RECOVERY, INC., and
MATTHEW CLASS,

    Defendant.

*I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.*

*WITNESS my hand and SEAL of said Court this 11th day of December, 2015*

*JEFFREY P. COLWELL*
*By _____ Deputy*

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff's Second Motion for Default Judgment [ECF No. 40] of Judge R. Brooke Jackson entered on September 25, 2015, it is

ORDERED that default judgment is hereby entered in favor of Plaintiff Sarah Padilla and against Defendants ACS Recovery, Inc. and Matthew Class, as follows:

    a. FDCPA Statutory Damages $1,000.00

    b. Attorney's Fees $4,665.00

    c. Costs $17.50

TOTAL $5682.50. It is further

ORDERED that post-judgment interest shall accrue on the amounts awarded in this matter at the legal rate of 0.27 % per annum from the date of entry of judgment.

Dated at Denver, Colorado this 16th day of October, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Julie Dynes
_____

Julie Dynes
Deputy Clerk